IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROCHELLE ROWANE BORDEAUX,                                                        PLAINTIFF
#2289069

v.                                               4:25CV00356-BSM-JTK

SOUTHE DAKOTA STATE WOMEN'S PRISON                    DEFENDANT

## ORDER

    Rochelle Rowane Bordeaux ("Plaintiff") filed a pro se Complaint[1] pursuant to 42 U.S.C. § 1983 against the South Dakota State Women's Prison in Pierre, South Dakota. (Doc. No. 2 at 1). Plaintiff alleges that the Prison is withholding mail from her sister. (Id.).

    Because of the Defendant named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the District of South Dakota. 28 U.S.C. § 1406(a).[2]

    The Clerk of the Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the District of South Dakota after delay of a reasonable time. In re Nine Mile Ltd., 673 F.2d 242, 243 (8th Cir. 1982).

    IT IS SO ORDERED this 17th day of April, 2025.

                                                               JEROME T. KEARNEY
                                                               UNITED STATES MAGISTRATE JUDGE

---

    [1] Another individual is identified as a plaintiff in the Complaint. (Doc. No. 2 at 1). A separate action was opened for the additional plaintiff. The related case is: Bordeaux v. South Dakota State Women's Prison, 4:25-cv-00357-BSM-JTK.

    [2] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.